IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EDWARD M. ZINNER | : | NO. 95-48 |

## ORDER

**AND NOW**, this 16th day of September, 2020, upon consideration of Defendant Edward M. Zinner's Motion for Writ of Error Coram Nobis (ECF No. 268) and Motion for Removal/Recusal (ECF No. 269), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Writ of Error Coram Nobis is **DENIED**.

2. The Motion for Removal/Recusal is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.